FORM 9 (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In the matter of:                                    Case No. 08-59702 CKP
**GOSSETT, LENORA**

Chapter 7

Judge C. KATHRYN PRESTON

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.38 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Insight Communications 3770 E. Livingston Ave. Columbus, OH  43227 | #2 | $4.38 |

Total Unclaimed/Small                    Total Unclaimed
Dividends $25.00 or under                 Dividends Over $25.00

$4.38                                     $0.00

Dated:  September 8, 2009                 /s/ Frederick L. Ransier
                                          Case Trustee

cc:  U.S. Trustee